IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BRAND, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>COMCAST CORPORATION, INC.<br><br>    Defendant. | Case No. 1:11-cv-08471<br><br>Judge Matthew F. Kennelly |

**DECLARATION OF PATRICIA KELLY IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION
<u>FOR CLASS CERTIFICATION</u>**

I, Patricia Kelly, hereby certify pursuant to 28 U.S.C. § 1746 that I have personal knowledge of the factual statements set forth in this declaration, and that they are true and correct to the best of my knowledge, information and belief. If called as a witness, I could and would testify competently as follows:

1. I am employed by Comcast Corporation ("Comcast"). My formal title is Director, Learning & Development of Comcast University for the Greater Chicago Region ("GCR").

2. Comcast University is Comcast's nationwide training and development organization. Comcast University is responsible for providing the classroom training courses that technicians complete as they progress through the CommTech program.

3. As part of my responsibilities, I oversee training for technical operations, customer care, leadership, and sales employees within the GCR.

4. Certain data produced in this case and cited by Plaintiffs reflect the training courses enrolled in by the named Plaintiffs. (*See* Dkt. 51-23). The data contains a field for the

duration of each course and a separate field, which indicates whether the technician in fact completed the course. Training courses showing one minute in duration and for which the data contains an "N" in the field titled "Complete?", generally reflect that the employee did not complete the course, but instead reflect only that the employee launched the training module and subsequently closed it within one minute.

     5.     Based on my review of data maintained in the ordinary course of business and produced in this case (*see* COMCAST_BRAND00049791), I determined that between 2008 and February 2013:

>  (a)    At least 288 112th Street employees, including Plaintiffs Brand, Dickens, Elder, Gunn, Hart, Jackson, Jordan, Peterson, Robinson, and Wharton and 29 declarants, enrolled in some form of XFINITY training—either web-based training or in classroom training;
>
> (b)    At least 258 112th Street employees enrolled in a meter-related training course, including Plaintiffs Brand, Dickens, Elder, Gunn, Hart, Jackson, Jordan, Peterson, Robinson, Russell, and Wharton, as well as 30 declarants;
>
> (c)    At least twenty (20) 112th Street employees enrolled in Comcast Digital Voice ("CDV") training, including declarants Weathers, Hunt, and Coleman; and
>
> (d)    At least ten (10) 112th Street employees enrolled in Anyroom DVR training.

     6.     Based on my review of data maintained in the ordinary course of business and produced in this case (*see* COMCAST_BRAND00049791), I also determined the average number of hours employees at various facilities across the GCR spent in training courses between 2008 and May 2013:

| Facility[1] | Time Spent in Training Courses | |
|---|---|---|
| | No. of Employees per Location | Average Hours of Training per Employee |
| Tinley Park | 478 | 382.6 |
| Schaumburg | 577 | 340.8 |
| 1255 W North Avenue, Chicago, IL | 443 | 269.5 |
| Mount Prospect | 314 | 254.4 |
| Skokie | 91 | 241.4 |
| 2508 W Route 120, Mchenry, IL | 117 | 205.3 |
| 721 E 112th St, Chicago, IL | 331 | 204.5 |
| Elmhurst | 881 | 199.2 |
| Homewood | 438 | 185.4 |
| 1575 Rohlwing, Rd Rolling Meadows, IL | 132 | 184.8 |
| 6 Dearborn Sq, Kankakee, IL | 60 | 183.3 |
| 1585 Waukegan Rd, Waukegan, IL | 171 | 173.2 |
| 1430 Sycamore Rd, DeKalb, IL | 53 | 173.1 |
| 7720 W 98th St, Hickory Hills, IL | 8 | 169.0 |
| Romeoville | 388 | 152.2 |
| 2701 Route 34, Oswego, IL | 8 | 91.3 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Patricia Kelly* (signature)
Patricia Kelly

Executed on: December 17, 2013

DB1/ 76831201.3

---

[1] Some cities may have more than one location per city. With the exception of locations within the city of Chicago, these multiple locations were combined into a single city location. Where this occurred can be seen above where the location field only shows the name of a city, but not a specific street address.